UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| | CRIMINAL NUMBER 3:08CR00238(JBA) |
| LAKISCHA DIONNE WILLIAMS | : |

ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

The above-named defendant was sentenced on July 20, 2010, following her conviction on a violation of 18 U.S.C. Section 371, Conspiracy to Commit Bank Larceny (Count 1), and on a violation of 18 U.S.C. Section 2113(b), Bank Larceny (Count 2), to 1 day incarceration, to be followed by 36 months of supervised release to be served concurrently.

On August 26, 2013, the defendant appeared with counsel for a Violation of Supervised Release. On that date, the Court found the defendant in violation of the conditions of her supervision, and after revoking the defendant's supervised release, the Court sentenced the defendant to 2 days imprisonment to be served at the Donald W. Wyatt Detention Facility in Central Falls, Rhode Island, to be followed by 12 months supervised release.

On December 3, 2013, the defendant appeared with counsel for a Wage Garnishment Hearing.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT the conditions of supervised release be modified, and the following special conditions of supervised release are imposed: 1) the defendant is liable for restitution in the total amount of $315,655.36, jointly and severally, with Patricia May in the amount of $22,000.00; with Miosotis Garcia in the amount of $156,601.96, and with Pamela Bozzuto in the amount of $137,053.40, to be garnished at a rate of 7% of the defendant's nonexempt disposable earnings pursuant to 28 U.S.C. Section 3205; and 2) the defendant shall complete the outstanding balance of her 250 hours community service by June 2, 2014.

The Judgment shall remain the same in all other respects.

Signed and dated at New Haven, Connecticut on this 13TH day of December, 2013.

/S/
Janet Bond Arterton
United States District Judge